**CLOSED**

RECEIVED
JUN 14 2000
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED JUN 15 2 07 PM '00

MURRAY HODGSON, d/b/a
HUNTER-HODGSON PRODUCTIONS,

    Plaintiff,

vs.

Case No. 99-60631

Honorable George Caram Steeh

SANDRA BERNHARD, an individual;
WILLIAM MORRIS AGENCY, a New York
corporation; and JAM THEATRICALS, LTD,
an Illinois corporation, jointly and severally,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the Theodore Levin U.S District Courthouse in Detroit, Michigan on **14 JUN 2000**

PRESENT: Hon.: **GEORGE CARAM STEEH**
United States District Judge

This matter having come before the Court upon the stipulation of the parties, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that is case is DISMISSED WITH PREJUDICE, without costs or attorneys' fees to be assessed to either side.

_____  _____
United States District Judge        Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



MURRAY HODGSON, d/b/a
HUNTER-HODGSON PRODUCTIONS,

    Plaintiff,

vs.                              Case No. 99-60631

                                        Honorable George Caram Steeh

SANDRA BERNHARD, an individual;
WILLIAM MORRIS AGENCY, a New York
corporation; and JAM THEATRICALS, LTD,
an Illinois corporation, jointly and severally,

    Defendants.
_____/

## STIPULATION TO ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

The undersigned parties hereby stipulate to the entry of the attached Order dismissing Plaintiff's claims with prejudice and without costs or attorneys' fees to either party.

_____            _____
Howard Hertz                                     James F. Hermon
Attorney for Plaintiff Murray Hodgson      Attorney for Defendant William Morris
                                                        Agency

_____            _____
Bryan Marcus         with permission    Michelle Chapnick        permission
Attorney for Defendant Sandra Bernhard    Attorney for Defendant JAM Theatricals

Date: May 31, 2000